UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-2888 SVW (MRW) | Date | November 1, 2023 |
|---|---|---|---|
| Title | Jackson v. CDCR | | |

| Present: | Hon. Michael R. Wilner, U.S. Magistrate Judge | |
|---|---|---|
| | James Muñoz | n/a |
| | Deputy Clerk | Court Reporter / Recorder |
| | Attorneys for Plaintiff: | Attorneys for Defendant: |
| | n/a | n/a |

**Proceedings:**   ORDER TO SHOW CAUSE RE: DISMISSAL

1. In April 2023, Plaintiff Jackson commenced this federal litigation by filing a civil complaint. (Docket # 1.) He failed to pay the required filing fee, and did not submit an application for in forma pauperis status / fee waiver. For this reason, the Clerk issued an appropriate notice of this failure. (Docket # 2.)

2. Plaintiff waited until September 2023 to file his IFP request. (Docket # 4.) However, the assigned district judge noted that Plaintiff failed to present the required prisoner trust fund statement to allow the Court to consider the application. The district judge's order required Plaintiff to either file that information or pay the filing fee in full by the end of October or the case would be dismissed. (Docket # 5.) Plaintiff failed to do either.

3. A further complication. Per the CDCR's website, Plaintiff is currently housed at the state prison facility in San Quentin. That's the address on his original complaint, and is used by the Court to contact him on the docket. However, the Court recently received an application for permission to access the Court's electronic filing system. (Docket # 6.) The form lists a non-custodial mailing address for Plaintiff in Lancaster, California. To date, Plaintiff has not filed a change of address form, and has not authorized any lawyer or other person to act on his behalf in this district court.

4. Local Rule 41-6 requires a pro se litigant to "keep the Court and all other parties informed of the party's current address." Failure to do so can provide an alternative basis for dismissal of an action.

5. Therefore, Plaintiff is ORDERED to show cause why this lawsuit should not be dismissed. By December 11, Plaintiff must submit a statement explaining why he did not file a timely response to the Court's September order. He will also: (a) provide the required trust account statement or pay the filing fee in full; and (b) explain which mailing

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 23-2888 SVW (MRW) | Date | November 1, 2023 |
|---|---|---|---|
| Title | Jackson v. CDCR | | |

address he will use to advance this litigation.  Failure to respond to this OSC will lead to the dismissal of the action.

    6.    As an accommodation to this prison-based litigant, the Clerk is directed to send a copy of this order to Plaintiff at the address listed on Docket # 6:

>    5764 W. Ave. J-14
>    Lancaster, CA 93536

However, the Clerk will <u>not</u> update Plaintiff's mailing address at present.


cc:    U.S. District Judge Stephen V. Wilson